UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

JOHANN ALEXANDER BASS,

                              Plaintiff,                      9:25-CV-0082
                                                                          (MAD/DJS)

      v.

SWARTWOOD, et al.,

                              Defendants.
_____

APPEARANCES:

JOHANN ALEXANDER BASS
Plaintiff, pro se
174 Genesee Street
Apt 2
Auburn, NY 13021

MAE A. D'AGOSTINO
United States District Judge

**ORDER**

**I.    INTRODUCTION**

In January 2025, pro se plaintiff Johann Alexander Bass ("plaintiff") commenced this action pursuant to 42 U.S.C. § 1983 ("Section 1983") and sought leave to proceed in forma pauperis ("IFP"). Dkt. No. 1 ("Compl."); Dkt. No. 2 ("IFP Application"). In a Decision and Order filed on February 10, 2025 (the "February Order"), the Court granted plaintiff's IFP application and dismissed the complaint, without prejudice, pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b) for failure to state a claim upon which relief may be granted. Dkt. No. 4. In the February Order, the Court advised plaintiff that, if he wished to proceed, he must file an amended complaint. *See id.*

In March 2025, plaintiff filed an appeal with the Second Circuit.  Dkt. No. 6.

On January 15, 2026, the Second Circuit remanded the matter for further proceedings "consistent with this Order."  Dkt. No. 11.

**WHEREFORE,** in accordance with the Mandate of the Second Circuit, it is hereby

**ORDERED** that this case is reopened for further proceedings; and it is further

**ORDERED** that the Clerk of the Court shall terminate Ostrander and Simpson as defendants herein; and it is further

**ORDERED** that defendants Swartwood, Hewitt, and Cayuga County shall respond to the Fourteenth Amendment substantive due process claim related to surcharges; and it is further

**ORDERED** that upon receipt of the documents for service, the Clerk shall issue summonses and forward them with copies of the complaint to the U.S. Marshal for service of process upon defendants.  The Clerk shall forward a copy of the summonses and complaint by mail to the Office of the Cayuga County Attorney, together with a copy of this Decision and Order; and it is further

**ORDERED** that a response to the amended complaint shall be filed by defendants or their counsel as provided for in the Federal Rules of Civil Procedure; and it is further

**ORDERED** that all pleadings, motions and other documents relating to this action must bear the case number assigned to this action and be filed with the Clerk of the United States District Court, Northern District of New York, 7th Floor, Federal Building, 100 S. Clinton St., Syracuse, New York 13261-7367.  Plaintiff must comply with requests by the Clerk's Office for any documents that are necessary to maintain this action.  All parties must comply with Local Rule 7.1 of the Northern District of New York in filing motions; motions will

be decided on submitted papers, without oral argument, unless otherwise ordered by this Court.  Plaintiff is also required to promptly notify the Clerk's Office and all parties or their counsel, in writing, of any change in his address; his failure to do so will result in the dismissal of this action; and it is further

      **ORDERED** that the Clerk shall serve a copy of this Decision and Order on plaintiff.

**IT IS SO ORDERED.**

Dated: January 30, 2026
       Albany, New York

_____
Mae A. D'Agostino
U.S. District Judge